Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DE-NIED.**

■

**BUCKS COUNTY SERVICES, INC.** and Concord Coach Limo t/a Concord Coach Taxi and Concord Coach USA t/a Bennett Taxi and Dee–Dee Cab Company t/a Penn Del Cab and Germantown Cab Company and MCT Transportation, Inc. t/a Montco Suburban Taxi and Rosemont Taxicab Co., Inc., Petitioners

v.

**PHILADELPHIA PARKING AUTHOR-ITY** and Pennsylvania Public Utility Commission, Respondents.

Executive Transportation Company, Inc., t/a Luxury Sedan Service, and McQ's Enterprises, Inc., t/a Yellow Cab Company and Arink, Inc., Petitioners    .

v.

**Philadelphia Parking Authority,** Respondent.

Supreme Court of Pennsylvania.

Feb. 22, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of February, 2012, the Application for Expedited Consideration of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania,** Respondent

v.

**Serhiy HUDZ, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 23, 2012.

*ORDER*

PER CURIAM.

.  **AND NOW,** this 23rd day of February, 2012, the Petitioner's "Emergency Petition for Early Decision on Request for Supreme Court to Hear Case of Serhiy Hudz" is **DENIED.** The Petition for Allowance of Appeal is **DENIED.**